```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    KARSTEN GRONWOLD
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13  UNITED STATES OF AMERICA,     ) No. CR. S-06-0378 WBS
                                  )
14              Plaintiff,        )
                                  ) STIPULATION AND ORDER
15       v.                       ) CONTINUING STATUS CONFERENCE
                                  ) AND EXCLUDING TIME
16  KARSTEN GRONWOLD,             )
                                  )
17              Defendant.        ) Date:  October 18, 2006
                                  ) Time:  9:00 a.m.
18  _____ ) Judge: Hon. William B. Shubb
19
```

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Karsten Gronwold, through their respective

22  attorneys, that the status conference scheduled for October 18, 2006, may

23  be continued to December 6, 2006, at 9:00 a.m.

24       This is a new case and discovery is not yet complete.  The United

25  States says it will send additional discovery to defense counsel within

26  the next two weeks.  Time will then be needed to review discovery and

27  determine whether there are pretrial motions to file or other matters to

28  resolve.  In order to have time to complete these tasks, the parties

1 agree that time under the Speedy Trial Act shall be excluded through
2 December 6, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
3 (Local Code T4).

4                                         Respectfully submitted,

5                                         DANIEL J. BRODERICK
                                          Federal Defender
6

7 Dated: October 16, 2006                 /s/ T. Zindel
                                          TIMOTHY ZINDEL
8                                         Assistant Federal Defender
                                          Attorney for KARSTEN GRONWOLD
9

10                                        McGREGOR SCOTT
                                          United States Attorney
11

12 Dated: October 16, 2006                /s/ T. Zindel for C. Skipper
                                          CAMIL SKIPPER
13                                        Assistant U.S. Attorney

14

15                              **O R D E R**

16    The status conference is continued to December 6, 2006, at 9:00 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.
22    IT IS SO ORDERED.

23

24 Dated: October 17, 2006

25                              _____
26                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
27

28

Stip. in U.S.A. v. Gronwold                -2-