1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   KARSTEN GRONWOLD
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. CR. S-06-0378 WBS
                                   )
14              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
15      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
16 KARSTEN GRONWOLD,               )
                                   )
17              Defendant.         )  Date:  December 6, 2006
                                   )  Time:  9:00 a.m.
18 _____ )  Judge: Hon. William B. Shubb

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Karsten Gronwold, through their respective

22 attorneys, that the status conference scheduled for December 6, 2006, may

23 be continued to January 22, 2007, at 8:30 a.m.

24     Discovery is not yet complete in this case.  Counsel for the United

25 States has been unable to obtain all the discovery the government desires

26 despite several requests.  Once the additional information is obtained,

27 defense counsel will need time to review it and to determine whether

28 there are pretrial motions to file or other matters to resolve.  In order

1  to have time to complete these tasks, the parties agree that time under
2  the Speedy Trial Act shall be excluded through January 22, 2007, pursuant
3  to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: December 4, 2006                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KARSTEN GRONWOLD


                                        McGREGOR SCOTT
                                        United States Attorney


Dated: December 4, 2006                 /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney


## O R D E R

The status conference is continued to January 22, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 5, 2006

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |