1 DANIEL J. BRODERICK, #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 Designated Counsel for Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700
5

6 Attorney for Defendant
KARSTEN GRONWOLD
7

8

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. CR. S-06-0378 WBS
                                   )
14                     Plaintiff,  )
                                   ) **STIPULATION AND ORDER**
15       v.                        ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16 KARSTEN GRONWOLD,               )
                                   )
17                     Defendant.  ) Date:  January 22, 2007
                                   ) Time:  8:30 a.m.
18 _____ ) Judge: Hon. William B. Shubb

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Karsten Gronwold, through their respective

22 attorneys, that the status conference scheduled for January 22, 2007, may

23 be continued to February 12, 2007, at 8:30 a.m.

24       Counsel for the United States recently provided additional discovery

25 and the parties are now able to meet to discuss possible narrowing of the

26 issues and resolution of the case.  Additional time is needed for the

27 parties to review the new discovery, for the defense to examine

28 additional information, and for the parties to discuss their differences.

In order to have time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through February 12, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  January 17, 2007                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KARSTEN GRONWOLD

                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  January 17, 2007                /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney

                          **O R D E R**

     The status conference is continued to February 12, 2007, at 8:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     IT IS SO ORDERED.

Dated: January 18, 2007

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE