```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KARSTEN GRONWOLD
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,   ) No. CR. S-06-0378 WBS
                                )
14            Plaintiff,        )
                                ) STIPULATION AND ORDER
15      v.                      ) CONTINUING STATUS CONFERENCE
                                ) AND EXCLUDING TIME
16  KARSTEN GRONWOLD,           )
                                )
17            Defendant.        ) Date:  February 12, 2007
                                ) Time:  8:30 a.m.
18  _____) Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Karsten Gronwold, through their respective
22  attorneys, that the status conference scheduled for February 12, 2007,
23  may be continued to February 26, 2007, at 8:30 a.m.
24      Counsel for the United States recently provided additional discovery
25  to the defense and expects to forward a settlement proposal to defense
26  counsel during the week of February 12.  Time will be needed to review
27  that proposal before the case may be further scheduled.  Accordingly, the
28  parties agree that time under the Speedy Trial Act may be excluded
```

through February 26, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:   February 7, 2007           /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for KARSTEN GRONWOLD


McGREGOR SCOTT
United States Attorney

Dated:   February 7, 2007           /s/ T. Zindel for C. Skipper
CAMIL SKIPPER
Assistant U.S. Attorney

# **O R D E R**

The status conference is continued to February 26, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE