1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
KARSTEN GRONWOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. CR. S-06-0378 WBS
                                    )
            Plaintiff,               )
                                    ) **STIPULATION AND ORDER**
     v.                             ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
KARSTEN GRONWOLD,                    )
                                    )
            Defendant.              ) Date:  February 26, 2007
                                    ) Time:  8:30 a.m.
_____ ) Judge: Hon. William B. Shubb

     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Karsten Gronwold, through their respective attorneys, that the status conference scheduled for February 26, 2007, may be continued to March 19, 2007, at 8:30 a.m.

     Counsel for the United States has provided additional discovery to the defense but has yet to forward a settlement proposal because of the press of unexpected business.  The parties also seek time to determine whether they are able to resolve the case in a manner that avoids charges being filed elsewhere.  Because time will be needed to review the

government's proposal before the case may be further scheduled, the parties agree that time under the Speedy Trial Act may be excluded through March 19, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 26, 2007      /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for KARSTEN GRONWOLD


                              McGREGOR SCOTT
                              United States Attorney

Dated: February 26, 2007      /s/ T. Zindel for C. Skipper
                              CAMIL SKIPPER
                              Assistant U.S. Attorney

# O R D E R

The status conference is continued to March 19, 2007, at 8:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE