DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KARSTEN GRONWOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0378 WBS |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| KARSTEN GRONWOLD, ) | |
| Defendant. ) | Date: March 19, 2007<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Karsten Gronwold, through their respective attorneys, that the status conference scheduled for March 19, 2007, may be continued to April 23, 2007, at 8:30 a.m.

Counsel for the United States forwarded a settlement proposal but it appears the parties have several disagreements between them, particularly concerning the application of potential guidelines adjustments. In order to have time to research and consider these disagreements, the parties ask to continue the status conference. In order to have necessary additional time to perform legal and factual research, the parties agree

1  that time under the Speedy Trial Act may be excluded through April 23,
2  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 15, 2007          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for KARSTEN GRONWOLD

                                McGREGOR SCOTT
                                United States Attorney

Dated:  March 15, 2007          /s/ T. Zindel for C. Skipper
                                CAMIL SKIPPER
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 23, 2007, at 8:30 a.m. The Court orders time under the Speedy Trial Act excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE