```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KARSTEN GRONWOLD
 6

 7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| 12 | UNITED STATES OF AMERICA, | ) No. CR. S-06-0378 WBS |
|---|---|---|
| 13 | Plaintiff, | ) |
| 14 | v. | ) **STIPULATION AND ORDER** <br> ) **CONTINUING STATUS CONFERENCE** <br> ) **AND EXCLUDING TIME** |
| 15 | KARSTEN GRONWOLD, | ) |
| 16 | Defendant. | ) Date: April 23, 2007 <br> ) Time: 8:30 a.m. |
| 17 | _____ | ) Judge: Hon. William B. Shubb |

18

19     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Karsten Gronwold, through their respective
21 attorneys, that the status conference scheduled for April 23, 2007, may
22 be continued to May 21, 2007, at 8:30 a.m.

23     The parties seek additional time to perform factual investigation
24 and legal research bearing on possible resolutions of the case. The
25 defense believes that available evidence may significantly affect
26 negotiations and promote resolution, but because time is needed to
27 consider the materials, the parties ask to continue the status
28 conference. The parties also agree that time under the Speedy Trial Act

1 may be excluded through May 21, 2007, pursuant to 18 U.S.C. §
2 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: April 19, 2007                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KARSTEN GRONWOLD

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: April 19, 2007                   /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to May 21, 2007, at 8:30 a.m. The Court orders time under the Speedy Trial Act excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE