DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KARSTEN GRONWOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KARSTEN GRONWOLD,<br><br>       Defendant.<br>_____ | No. CR. S-06-0378 WBS<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  May 21, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Karsten Gronwold, through their respective attorneys, that the status conference scheduled for May 21, 2007, may be continued to June 18, 2007, at 8:30 a.m.

   The defense recently provided counsel for the government information concerning its evaluation of the charges and evidence, but time is needed to consider the information and how it may bear on resolution of the case.  For that reason, the parties ask to continue the status conference.  The parties also agree that time under the Speedy Trial Act

1  may be excluded through June 18, 2007, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) and (B)(iv) (Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender

7  Dated: May 16, 2007               /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for KARSTEN GRONWOLD

10                                   McGREGOR SCOTT
                                     United States Attorney

12 Dated: May 16, 2007               /s/ T. Zindel for C. Skipper
                                     CAMIL SKIPPER
13                                   Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 18, 2007, at 8:30 a.m. The Court orders time under the Speedy Trial Act excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 18, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE