DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KARSTEN GRONWOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0378 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **VACATING STATUS CONFERENCE** |
| ) | **AND SCHEDULING PRETRIAL MOTIONS** |
| KARSTEN GRONWOLD, ) | |
| ) | |
| Defendant. ) | Date: June 18, 2007 |
| ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Karsten Gronwold, through their respective attorneys, that the status conference scheduled for June 18, 2007, may be vacated and the following schedule adopted for filing and hearing of pretrial motions.

   1.  Rule 12 motions shall be filed by June 28;

   2.  Any opposition shall be filed by July 30;

   3.  Optional reply briefs shall be filed by August 13;

   4.  Hearing on the motions is scheduled for August 20, 2007. Should a motion require taking of evidence, an evidentiary hearing may be

1  scheduled at the August 20 hearing for a time convenient to all.
2       Counsel for Mr. Gronwold seeks additional time to draft the motions
3  and therefore asks, with the government's concurrence, that time under
4  the Speedy Trial Act be excluded from the date of this order through the
5  date for filing of motions (June 28, 2007), pursuant to 18 U.S.C. §
6  3161(h)(8)(A) and (B)(iv) (Local Code T4).  (The parties recognize that
7  time will be automatically excluded when the motions are pending.)

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: May 16, 2007                     /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KARSTEN GRONWOLD


                                        McGREGOR SCOTT
                                        United States Attorney

Dated: May 16, 2007                     /s/ T. Zindel for C. Skipper
                                        CAMIL SKIPPER
                                        Assistant U.S. Attorney

Stip. in U.S.A. v. Gronwold             -2-

**O R D E R**

The above schedule is adopted.  The Court grants defendant's request for additional time under the Speedy Trial Act to prepare his written motions and finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded through the filing of motions on June 28, 2007, pursuant to Local Code T4.

IT IS SO ORDERED.

Dated: June 15, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE