1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KARSTEN GRONWOLD
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    ) No. CR. S-06-0378 WBS
                                )
14           Plaintiff,          )
                                ) **STIPULATION AND ORDER VACATING**
15    v.                         ) **MOTIONS SCHEDULE AND SCHEDULING**
                                ) **STATUS CONFERENCE**
16 KARSTEN GRONWOLD,            )
                                )
17           Defendant.          ) Date:   August 13, 2007
                                ) Time:   8:30 a.m.
18 _____) Judge:  Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Karsten Gronwold, through their respective

22 attorneys, that the motions schedule be vacated and that the hearing

23 scheduled for August 20, 2007, be converted to a status conference.

24      After their recent stipulation, counsel for the parties met again in

25 an effort to resolve their differences and made significant progress in

26 their discussions.  The parties believe they have reached an agreement to

27 resolve the pending charges, but seek additional time to prepare and

28 review a written agreement and to resolve collateral issues.

Accordingly, the parties ask to convert the August 20 hearing to a status conference and possible change of plea. The parties further ask that time under the Speedy Trial Act be excluded through August 20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4), to afford additional necessary time to complete the tasks described.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 28, 2007        /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for KARSTEN GRONWOLD

                            McGREGOR SCOTT
                            United States Attorney

Dated: June 28, 2007        /s/ T. Zindel for C. Skipper
                            CAMIL SKIPPER
                            Assistant U.S. Attorney

**O R D E R**

The motions schedule is vacated and the August 20 hearing is hereby converted to a status conference. The Court grants the parties' request for additional time under the Speedy Trial Act, finding that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded through August 20, 2007, pursuant to Local Code T4.

IT IS SO ORDERED.

Dated: June 29, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE