1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KARSTEN GRONWOLD
7

8

9               IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. CR. S-06-0378 WBS
                                    )
14            Plaintiff,            )
                                    ) **STIPULATION AND ORDER**
15     v.                           ) **MODIFYING SENTENCING SCHEDULE**
                                    )
16 KARSTEN GRONWOLD,                )
                                    ) Date:  October 29, 2007
17            Defendant.            ) Time:  8:30 a.m.
                                    ) Judge: Hon. William B. Shubb
18 _____  )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Karsten Gronwold, through their respective

22 attorneys, that the hearing on judgment and sentence may be continued to

23 November 19, 2007, at 8:30 a.m., and that the existing presentence report

24 schedule be modified as follows.

25      Proposed PSR due                October 8, 2007

26      Informal objections due         October 22, 2007

27      Final PSR due                   October 29, 2007

28      Motion to correct due           November 12, 2007

1     The probation officer has requested additional time to work on the
2  draft report and Mr. Gronwold wishes to remain in Sacramento County Jail
3  through the end of December.  Accordingly, the parties ask the Court to
4  adopt the amended schedule set forth above.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:   September 13, 2007          /s/ T. Zindel
                                     TIMOTHY ZINDEL
                                     Assistant Federal Defender
                                     Attorney for KARSTEN GRONWOLD


                                          McGREGOR SCOTT
                                          United States Attorney


Dated:   September 13, 2007          /s/ T. Zindel for C. Skipper
                                     CAMIL SKIPPER
                                     Assistant U.S. Attorney


**O R D E R**

    The amended schedule above is adopted and hearing on judgment and
sentence is continued to November 19, 2007, at 8:30 a.m.

    IT IS SO ORDERED.


Dated:   September 17, 2007

                          /s/ William B. Shubb
                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE


Stip. in U.S.A. v. Gronwold            -2-