1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2709

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )     2:06-CR-0378 WBS
                                     )
12            Plaintiff,             )     PRELIMINARY ORDER OF
                                     )     FORFEITURE
13       v.                          )
                                     )
14  KARSTEN GRONWOLD,                )
      aka "Kaboyb41b2006,"           )
15                                   )
              Defendant.             )
16  _____)

17

18       Based upon the plea agreement entered into between plaintiff

19  United States of America and defendant Karsten Gronwold, it is

20  hereby

21       ORDERED, ADJUDGED AND DECREED as follows:

22       1.   Pursuant to 18 U.S.C. § 2253, the following property shall

23  be condemned and forfeited to the United States of America, to be

24  disposed of according to law:

25            a.   Compaq Pocket PC, Model no. 3670, serial no.
                   4G17DW31P1ZJ;
26
              b.   Dell computer tower, serial no. CNOC3152708214218DOU,
27                 and enclosed hard drive;

28            c.   Scan Disk 128MB secure digital card; and

                                     1

1        d.   Nexicam, serial no. VEAC00781.

2    2.  The above-listed property constitutes property containing

3 visual depictions of minors engaged in sexually explicit conduct

4 produced, transported, shipped or received in violation of 18 U.S.C.

5 § 2252 and/or was used or intended to be used in any manner or part

6 to commit and to promote the commission of the aforementioned

7 violation, all in violation of 18 U.S.C. § 2253.

8    3.  Pursuant to Rule 32.2(b), the Attorney General (or a

9 designee) shall be authorized to seize the above-listed property.

10 The aforementioned property shall be seized and held by the United

11 States, in its secure custody and control.

12    4.   a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21

13 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith

14 shall publish at least once for three successive weeks in the

15 Mountain Democrat (El Dorado County), a newspaper of general

16 circulation located in the county in which the above-listed property

17 was seized, notice of this Order, notice of the Attorney General's

18 intent to dispose of the property in such manner as the Attorney

19 General may direct, and notice that any person, other than the

20 defendant, having or claiming a legal interest in the above-listed

21 property must file a petition with the Court within thirty (30) days

22 of the final publication of the notice or of receipt of actual

23 notice, whichever is earlier.

24     b.  This notice shall state that the petition shall be for

25 a hearing to adjudicate the validity of the petitioner's alleged

26 interest in the property, shall be signed by the petitioner under

27 penalty of perjury, and shall set forth the nature and extent of the

28 petitioner's right, title or interest in the property and any

1  additional facts supporting the petitioner's claim and the relief

2  sought.

3        c.   The United States may also, to the extent practicable,

4  provide direct written notice to any person known to have alleged an

5  interest in the property that is the subject of the Order of

6  Forfeiture, as a substitute for published notice as to those persons

7  so notified.

8     5.   If a petition is timely filed, upon adjudication of all

9  third-party interests, if any, this Court will enter a Final Order

10  of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests

11  will be addressed.

12     SO ORDERED this 28th day of September, 2007.

13

14  _____
   WILLIAM B. SHUBB

15  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28