McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )    2:06-CR-0378 WBS
                                     )
        Plaintiff,                   )    FINAL ORDER OF FORFEITURE
                                     )
    v.                               )
                                     )
KARSTEN GRONWOLD,                    )
  aka "Kaboyb41b2006,"               )
                                     )
        Defendant.                   )
_____)

   WHEREAS, on September 28, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Karsten Gronwold forfeiting to the United States the following property:

   a.  Compaq Pocket PC, Model no. 3670, serial no. 4G17DW31P1ZJ;

   b.  Dell computer tower, serial no. CNOC3152708214218DOU, and enclosed hard drive;

   c.  Scan Disk 128MB secure digital card; and

   d.  Nexicam, serial no. VEAC00781.

   AND WHEREAS, on November 5, 12, and 19, 2007, the United States

1

published notice of the Court's Preliminary Order of Forfeiture in the <u>Mountain Democrat</u> (El Dorado County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Karsten Gronwold.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 7th day of April 2008.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE